SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 26 2024
ARTHUR JOHNSTON
BY_____ DEPUTY

CRIMINAL CASE COVER SHEET
U.S. District Court

PLACE OF OFFENSE:

CITY: _____

COUNTY: Harrison

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 1:24cr46 HSO-BMR
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED:  X  YES  ___ NO

NAME/ALIAS: Anthony Charles Cvitanovich

**U.S. ATTORNEY INFORMATION:**

AUSA  Andrea C. Jones   BAR # 7664

INTERPRETER:  X  NO  ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 1   _____ PETTY   _____ MISDEMEANOR   1   FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1   21:331K.F | 21 U.S.C. § 331(k) | Misbranding | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: /s/ Andrea C. Jones

Revised 9/22/2020